# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **PEARL I. BOND**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10CV00017 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | By: James P. Jones |
| **COMMISSIONER OF** | ) | United States District Judge |
| **SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the court's de novo review of those portions of the magistrate judge's Report to which the defendant objected, it is **ADJUDGED AND ORDERED** as follows:

1. The objections are OVERRULED;

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The motions for summary judgment by the parties are DENIED;

3. The final decision of the Commissioner of Social Security is VACATED and this action is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further consideration in accord with the Report; and

4. The clerk will close this case.

ENTER: April 18, 2011

/s/ JAMES P. JONES
United States District Judge